[No. 8651–1–I.   Division One.   December 7, 1981.]

MAC BAUMGART, ET AL, *Appellants*, v. THE
DEPARTMENT OF FISHERIES, *Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 57869, Byron L. Swedberg, J.,
entered March 25, 1980. *Affirmed* by unpublished opinion
per Corbett, J., concurred in by Swanson and Durham, JJ.

[No. 8711–8–I.   Division One.   December 7, 1981.]

DONALD L. BYINGTON, *Appellant*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 39445, Walter J. Deierlein, Jr., J., entered
March 24, 1980. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Durham, J., Ringold, A.C.J.,
dissenting.

[No. 8257–4–I.   Division One.   December 7, 1981.]

JEFFREY H. HOUSTON, *Plaintiff*, v. GEORGE D. LEWIS,
*Appellant*, SECURITY HOME HEATING
COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 836867, Barbara J. Rothstein, J., entered
November 15, 1979. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Swanson and Callow, JJ.